# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| LARRY BRANDON MOORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-238-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE T. SOLOMON, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2016 Order.

October 25, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court